**Order entered April 29, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00381-CV

### SHANNON RICE, Appellant

### V.

### PATRICIA WOOD, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03744-D**

### ORDER

Before the Court is court reporter Coral L. Wahlen's April 27, 2020 request for a six-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than May 5, 2020.

/s/     ERIN A. NOWELL
        JUSTICE